UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **TYRON TRAMON BATES** | **CIVIL ACTION NO. 3:25-0764** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN NOLAN BASS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Tyron Tramon Bates's claims that defendants failed to protect him from a stabbing in 2023 are **DISMISSED WITH PREJUDICE** as time barred, legally frivolous, and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 16th day of September 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

Case 3:25-cv-00764-TAD-KDM Document 11 Filed 09/16/25 Page 2 of 2 PageID #: 67